Manuel PEREZ-COLON,
Petitioner-Appellant,

v.

Terry O'BRIEN, Warden,
Respondent-Appellee.

No. 17-6550

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 15, 2017

Manuel Perez-Colon, Appellant Pro Se.
Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and WILKINSON and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Manuel Perez-Colon, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Perez-Colon's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Perez-Colon v. O'Brien*, No. 3:14-cv-00066-GMG-MJA, 2017 WL 1377698 (N.D. W. Va. Apr. 12, 2017). We further deny Perez-Colon's motion to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*